| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Julie J. Villalobos 263382<br>10900 183rd Street<br>Suite 270<br>Cerritos, CA 90703<br>(562)741-3938 Fax: (888)408-2210<br>California State Bar Number: **263382 CA**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* ___ | |

**UNITED STATES BANKRUPTCY COURT**
Central District of California

| In re:<br><br>**Kenneth A Jamison**<br>**Rosalinda A Jamison**<br><br>Debtor(s). | CASE NO.: **6:19-bk-10289-WJ**<br><br>CHAPTER **13**<br><br>**DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY UNDER LBR 3015-1(p)**<br><br>[No Hearing Required] |

Debtor moves this court for an order authorizing the Debtor to refinance the real property, described below, pursuant to the terms and conditions described herein.

1. Debtor's Chapter 13 Plan (Plan) was confirmed on: **4/24/2019**        .

2. Debtor wishes to refinance the real property (Property) located at:
   **16380 Trisha Way, Riverside CA 92504**

   The Property is more particularly described in Exhibit "A" attached hereto.

   ☐ Debtor wishes to modify the Plan for early payment of the Plan as described in the *Motion to Modify Plan* submitted by Debtor concurrently with this motion.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012

3015-1.15.MOTION.REFI.RP

F

3. Debtor requests authority to borrow the sum of $ **390,000.00** from
   Lender name: **TBD**
   Address: _____

   Debtor also requests authority to execute a promissory note secured by a **1st** deed of trust on the Property.

4. From the proceeds of this loan, the following encumbrances of record against the Property will be paid through escrow:
   a) Rushmore $362,000.00
   b) _____
   c) _____

5. After payment of the foregoing encumbrances and all costs of sale:
   ☑ there will remain the approximate sum of $ 23,220.80 ; OR
   ☐ no proceeds will remain.

6. ☐ (a) The chapter 13 trustee is hereby authorized to make demand upon escrow for sufficient funds to pay off the Plan with a:
   ☐ 100% dividend to unsecured creditors; OR
   ☐ _____ % dividend as indicated in the confirmed plan.
   After escrow's payment of the encumbrances listed above, any remaining funds shall be paid directly to debtor.

   **OR**

   ☑ (b) The chapter 13 trustee is hereby authorized to make demand upon escrow for the balance remaining after escrow's payment of the encumbrances listed above even though the amount is insufficient to pay off the Plan. The refinance is in the best interest of the creditors.

7. The escrow is being processed by:
   Escrow company name: **Prominent Escrow Services**
   Address: **170 Newport Center Dr #150 Newport Beach CA 92660**

   Telephone: **949-825-5125**
   Facsimile:
   Escrow officer: **Krissy Adamczyk**
   Escrow number: **06-15189-KA**

8. Supporting documents attached to this Motion are:
   a. Exhibit "A" – Legal Description with street address
   b. Exhibit "B" – Escrow Instructions and Documents
   c. Exhibit "C" – Estimated Closing Statement
   d. Exhibit "D" – Schedules I and J of the bankruptcy petition

9. Debtor agrees to provide to chapter 13 trustee a certified copy of the escrow closing statement within 14 days of the close of escrow as a condition to any approval of this motion.

Date: 2/24/2022
Attorney for Debtor

I declare under penalty of perjury that the following is true and correct.

Date: 02-03-2022
Debtor

Date: 02/03/2022
Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                F 3015-1.15.MOTION.REFI.RP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10900 183rd Street
Suite 270
Cerritos, CA 90703

A true and correct copy of the foregoing document entitled (*specify*): __**DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY UNDER LBR 3015-1 (p)**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/24/22 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 2/24/22 served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/24/2022 | Julie J. Villalobos 263382 | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                                               F 3015-1.15.MOTION.REFI.RP