| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Julie J. Villalobos<br>Oaktree Law<br>10900 183rd Street<br>Suite 270<br>Cerritos, CA 90703<br>(562)741-3938 Fax: (888)408-2210<br>California State Bar Number: 263382<br>julie@oaktreelaw.com<br><br>☐ Debtor appearing without attorney<br>☒ Attorney for:<br>☐ Chapter 13 trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>APR 01 2022<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY hawkinso DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>KENNETH A. JAMISON and<br>ROSALINDA A. JAMISON,<br><br>                                    Debtors. | CASE NO.: 6:19-bk-10289-WJ<br><br>CHAPTER: 13<br><br>**ORDER ON DEBTORS' MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY** |

   On February 24, 2022, the debtors filed a motion to refinance real property (docket entry number 64) and the trustee has filed comments regarding that motion. The debtors have not filed a request for a hearing regarding the comments of the trustee and, instead, have uploaded an order granting the motion with terms consistent with the comments of the trustee.

   Therefore, the debtors are deemed to have consented to the comments of the trustee and, based on those comments, the motion is hereby granted on the following conditions: (1) the debtors shall instruct escrow to turn over $16,000 to the trustee for the benefit of creditors within seven days of receipt thereof; and (2) the debtors shall provide the trustee with a final closing statement showing all liens paid off through escrow.

                                                                ###

Date: April 1, 2022

_____
Wayne Johnson
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                    Page 1                          F 3015-1.14.ORDER.CH13.GENRL